# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CISION US INC.,

    Plaintiff,

        v.

CAPTECH VENTURES, INC.,

    Defendant.

C.A. No.: 24-00063-MN

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 18, 2026, the following document was served on the

following in the manner indicated below:

DEFENDANT'S FIRST (LIMITED) SET OF DISCOVERY

## VIA EMAIL

| | |
|---|---|
| Gaston P. Loomis , II | Michael R. Morano, Esq. |
| McElroy, Deutsch, Mulvaney & Carpenter LLP | McElroy, Deutsch, Mulvaney & Carpenter, LLP |
| 300 Delaware Avenue St. 1014 | 1300 Mt. Kemble Avenue |
| Wilmington, DE 19801 | P.O. Box 2075 |
| Telephone: (302) 300-4510 | Morristown, NJ 07962 |
| E-mail: gloomis@mdmc-law.com | Telephone: (973) 993-8100 |
| | E-mail:  mmorano@mdmc-law.com |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:  */s/ Nina N. Monzack*

Peter J. Walsh (#2437)
Nina N. Monzack (#7356)
1313 North Market Street, 6th Floor
Wilmington, DE 19899-0951
Tel: (302) 984-6000
pwalsh@potteranderson.com
nmonzack@potteranderson.com

Harold E. Johnson (*pro hac vice*)
Justin S. Feinman (*pro hac vice*)
WILLIAMS MULLEN, P.C.
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Tel: (804) 420-6000
hjohnson@williamsmullen.com
jfeinman@williamsmullen.com

*Attorneys for Defendant CapTech Ventures, Inc.*

Dated:  June 25, 2026

2